# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WESLEY SNIPES<br><br>Plaintiff,<br><br>v.<br><br>QZO, Inc. d/b/a PALMETTO AMBULANCE SERVICES<br><br>Defendant. | No. 3:16-cv-00647-JFA<br><br>**ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil, the Relator, Wesley Snipes, filed a Notice of Voluntary Dismissal as to his claims under 31 U.S.C. §§ 3729(a)(1)(A), 3729(a)(1)(B), and 3730(h). Pursuant to 31 U.S.C. § 3730(b)(1), the United States, which has elected not to intervene in this action, filed a Notice of Consent to the dismissal of this action without prejudice. ECF No. 10. It is hereby ordered that all claims in the action asserted by Relator against Defendant shall be dismissed without prejudice as to both the Relator and the United States.

**IT IS SO ORDERED**.

May 12, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge